NESTOR I, LLC

VERSUS

JAMIE LABRANCHE

NO. 21-C-128

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

March 22, 2021

Susan Buchholz
First Deputy Clerk

**IN RE** JAMIE LABRANCHE

**APPLYING FOR** SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT, PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE MADELINE JASMINE, DIVISION "A", NUMBER 54-549

Panel composed of Judges Susan M. Chehardy,
Fredericka Homberg Wicker, and John J. Molaison, Jr.

## WRIT GRANTED FOR A LIMITED PURPOSE

Jamie Labranche, the relator, seeks a writ of mandamus to compel the district court to act upon his notice of intent to seek a supervisory writ filed on February 8, 2021. However, the application is deficient under Uniform Rules, Courts of Appeal, Rule 4-5, in that there are no copies of the judgment, order, or ruling complained of, or the pertinent court minutes from the November 13, 2020 hearing, or the pleading on which the writ application was based. Relator also failed to include a complete copy of his "Notice of Intent to Seek Supervisory Writ."

Every pleading is to be construed so as to do substantial justice. La. C.C.P. art. 865. This Court previously dismissed the relator's appeal and remanded this case for the trial court to rule on the relator's May 29, 2018 motion to annul the reformed judgment. *Liquidation Properties, Inc. v. Labanche*, 19-277 (La. App. 5 Cir. 11/27/19), 283 So.3d 659. Therefore, if there are currently outstanding motions or an unsigned order setting the delay for filing a writ application related to the November 13, 2020 hearing, the trial court is ordered to act upon the motion(s) and/or set appropriate delays for seeking a supervisory writ within fifteen days and to provide documentation to this Court. In all other respects, the relator's writ is denied.

Gretna, Louisiana, this 22nd day of March, 2021.

**JJM**
**SMC**
**FHW**

21-C-128

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **03/22/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**21-C-128**

### E-NOTIFIED

40th District Court (Clerk)
Honorable Madeline Jasmine (DISTRICT JUDGE)
Ashley E. Morris (Respondent)

### MAILED

John C. Morris, IV (Respondent)
Attorney at Law
1505 North 19th Street
Monroe, LA 71201

Jamie Labranche, I.P.P. (Relator)
2173 Carmel Valley Drive
LaPlace, LA 70068